Eli R. Wagler and Noah Wagler, trading as Wagler
Brothers, Appellants, v. James A. Norris, Appellee.

(Not to be reported in full.)

Appeal from the Circuit Court of Tazewell county; the Hon.
JOHN M. NIEHAUS, Judge, presiding. Heard in this court at the
October term, 1916. Affirmed. Opinion filed April 16, 1917.

## Statement of the Case.

Action by Eli R. Wagler and Noah Wagler, trading
as Wagler Brothers, plaintiffs, against James A. Nor-
ris, defendant, to recover commissions claimed to have
been earned by the plaintiffs for selling certain real
estate for defendant. From a judgment for defend-
ant, plaintiffs appeal.

WILKINS & BRECHER, for appellants.

WILLIAM A. POTTS, for appellee.

MR. JUSTICE GRAVES delivered the opinion of the
court.

## Abstract of the Decision.

1. BROKERS, § 88*—*when evidence sufficient to sustain verdict
for defendant in action for commissions.* Evidence *held* sufficient
to sustain a verdict for the defendant, in an action to recover com-
missions claimed on a sale of defendant's real estate.

2. TRIAL, § 78*—*when evidence is not proper in rebuttal.* In an
action to recover commissions claimed on a sale of real estate,
where one of the plaintiffs testified in chief to a certain conversa-
tion between him and defendant, and the defendant testified that
he had not met the witness at the time and place testified to by the
latter, the testimony of another witness offered by the plaintiffs in
rebuttal that he saw the former witness and defendant at said

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

time and place, *held* to be competent in chief but properly excluded in rebuttal.

3. APPEAL AND ERROR, § 1565*—*when modification of instruction not prejudicial error.* In an action to recover commissions claimed on a sale of real estate, modification of an instruction offered by plaintiffs by adding the words "and sale" after the word "purchaser" in the clause "and that their services were instrumental in securing a purchaser and sale," *held* to be insignificant and not prejudicial.

4. APPEAL AND ERROR, § 1526*—*when instructions not reversibly erroneous.* Instructions, even if wrong, *held* not reversibly erroneous where the verdict and judgment thoroughly comported with the manifest justice of the case.